**BEFORE THE U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT**

**No. 23-1503**

**From 3:22-cv-608-CMC (DSC)**

Richard Alexander Murdaugh, Original Plaintiff
v. Washava Moye, officially, **Defendant/Appellee**
**Marie Assa'ad-Faltas, MD, MPH, Proposed Substitute Plaintiff/Movant-Appellant.**

**Dr. Assa'ad-Faltas' *Timely* COMBINED MOTIONS: (1) for a 60-day extension to file opening brief and appendix; (2) for leave to file a formal brief; (3) for appointment of counsel on appeal *before briefing*; (4) for injunction pending appeal; and (5) for initial hearing *en banc*.**

At the threshold, Marie Assa'ad-Faltas, MD, MPH, Appellant *pro se* for now never received the informal briefing order from this Court but was expecting to receive one after responding to this Court's fee notice. When no briefing order came after the grant of *ifp* status, Dr. Assa'ad-Faltas became curious and looked up this case's docket on PACER, where she found that an informal briefing order had preceded the fee notice but was never actually sent out by e-mail or paper. Perhaps the system is so automated as to not send out a briefing order until the filing fee is paid or *ifp* status is granted.

That glitch left Dr. Assa'ad-Faltas with only one week's *de facto* knowledge of the current due date of an informal brief, a date she cannot possibly meet due to her deteriorating health condition, worsened by the terror of being returned to the life-threatening Alvin S. Glenn Detention Centre ("ASGDC") if she guesses wrong on what documents she is allowed to file *pro se* under South Carolina's ("SC") supreme court's ("S Ct") ("SC S Ct") multitude of ambiguous and conflicting letters of marque masquerading as court orders by a court oblivious that its judicial power does not extend beyond a case or controversy before it and does not extend over people over whom that court had no personal jurisdiction. SC S Ct's 10 June 2022 ORDER in SC Appellate Case 2022-000815, a case *still* concealed from public view or access, threw Dr. Assa'ad-Faltas into the fearsome ASGDC in June-July 2022, where and when she was struck by atrial fibrillation ("A-Fib") which became incurable due to ASGDC's deliberate indifference to her serious medical needs. Said A-fib is worsened by the terror SC S Ct, which should be ruling by moral authority (not self-granted unlimited power beyond cases or controversies), is sowing in her heart while giving lower SC state courts open season to manufacture more contempt-of-court traps for Dr. Assa'ad-Faltas, all to punish her for daring to speak for herself.

Details of Dr. Assa'ad-Faltas' health problems due to that incarceration and fear of more, and of how the City of Columbia's Municipal so-called Court ("CMC") tried to set two such traps for Dr. Assa'ad-Faltas in September and October 2022, were documented in Dr. Assa'ad-Faltas' other cases before this Court and are incorporated herein by reference. **Therefore, the 60-day threshold first extension should be granted whether this Court appoints counsel *before briefing* or not.**

This case was commenced by a plaintiff who no longer wishes to maintain it but whose abandonment of it leaves others, including Dr. Assa'ad-Faltas, at risk irreparable harm from the non-choice of having their calls out of ASGDC released to the public or forfeiting digital access to family and friends.

Before the original plaintiff abandoned the case, ACLU-SC volunteered as *amicus* due to their expertise in incarcerations but the district court denied their motion as moot after Mr. Murdaugh abandoned the case. ACLU-SC may therefore be suitable as Dr. Assa'ad-Faltas' appeal counsel. Another suggestion is Harvard Lecturer-on-Law and Rights-Behind-Bars Executive Director Samuel Weiss, **https://hls.harvard.edu/faculty/samuel-weiss/**contact: 206 (617) 384-7385, **sweiss@law.harvard.edu**, assistant: Arlenie Oglesby (617) 384-0448, email: **asalamat@law.harvard.edu**.

Dr. Assa'ad-Faltas seeks an injunction pending appeal as, in addition to risk of her own recorded calls from ASGDC being released, she has an interest in a decent moral environment. What was done with

the released call recordings of the original plaintiff from ASGDC and from other detention facilities, with released mail incoming to him at SC's Department of Corrections, and with released call recordings of other presumed-innocent detainees at ASGDC, mutilates decency and unleashed morbid voyeurism and "entitlement" to defame all whose jobs or faiths involve ministering to the incarcerated.

The originator of the FOIA requests which caused this lawsuit by the original plaintiff went from using call recordings to deny the original plaintiff a trial free from prejudicial publicity, to using ALL detainees' call recordings to deny their Eighth Amendment right to reasonable bail, to a war against Eighth-Amendment-respecting jurists (specially if black) to the point of claiming said jurist(s) are under criminal investigation. Dr. Assa'ad-Faltas has no basis for gratitude to now-retired SC Circuit-Judge Manning and is aware of (and has sued under) case law for jurists to be sued and even prosecuted for non-judicial acts; but the blogger who obtained the original plaintiff's recorded calls from ASGDC now pushes for Retired Judge Manning to be arrested and for SC's General Assembly to replace the egalitarianism of civilized parliaments with a strange division into first-class legislators allowed to sit on all committees and second-class legislators (the lawyer legislators) barred from sitting on the Judicial Merit Selection Committee ("JMSC") *solely because* many SC lawyer legislators practice criminal defense and in the course of said practice advocate for their clients' constitutional rights. In reality, SC state judges have been intimidated into unduly harsh treatment of FITSNews' defendant *du jour.* This insanity causes irreparable harm to people's reputations and puts their personal safety at risk. And an evidentiary hearing on the *realistic* balance of harm to the public in general and to ASGDC detainees in particular from the wanton release and abuse of recorded inmate phone calls is necessary for any appellate opinion to be grounded in *objective* facts rather than ivory-tower speculation.

Without false humility or sycophancy, Dr. Assa'ad-Faltas believes she has figuratively cracked the code of explaining why no political entity other than the federal government or one of the states or tribal nations may even own or operate a detention facility, a jail, or a prison. Senior Article III Judge Currie (DSC) may be one of the very few, if not the only, jurist left on the SC state or federal bench willing to listen to Dr. Assa'ad-Faltas with an open mind uncolored by others' false portrayals.

As an opinion of a panel of this Court is in conflict with the opinion of the U.S. Court of Appeals for the First Circuit (which holds that notice is NOT consent), and as unnecessary conflicts among the circuits should be avoided, this case should be heard initially *en banc,* whether by Dr. Assa'ad-Faltas herself or by appointed counsel for this Court to overrule its panel-issued, conflict-causing, opinion and bring the rights of short-term inmates, whether being punished for minor misdemeanors or awaiting trial on more serious matters, to the standards of more decent and evolved modern societies.

For brevity, the question causing the inter-circuit split, and as framed in this case is: is ASGDC's notice to inmates that their calls may be recorded **tantamount to *consent* by ASGDC inmates for the recording of their calls *to be released to the media* upon the media's *mere* request, specially where the inmate has no choice of other *legal* unmonitored calling to family and friends?**

WHEREFORE, these motions should be granted.

Respectfully submitted on 2 June 2023 **and served the same day** by ECF on Mr. Lindemann and by e-mail to Messers. Harpootlian, Griffin, Barber, and Chaney, and to Ms. McPhail of ACLU-SC, all God so willing.

**[S/] Marie Assa'ad-Faltas, MD, MPH, Appellant/Movant *pro se***
**P.O. Box 9115, Columbia, SC 29290 Phone: (803) 783-4536 Cell: (330) 232 – 4164**
**e-mail:** Marie_Faltas@hotmail.com and MarieAssaadFaltas@GMail.com