FILED: August 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1503
(3:22-cv-00608-CMC)
_____

MARIE ASSA'AD-FALTAS, MD, MPH

    Movant - Appellant

and

RICHARD ALEXANDER MURDAUGH

    Plaintiff

v.

WASHAVA MOYE, In her official capacity as Interim Director Alvin S. Glenn Detention Center, Richland County Government

    Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal opening brief to 10/02/2023.

No further extensions will be granted for filing the informal opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk